# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTINA GORHAM** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **STADIUM CASINO RE, LLC, d/b/a Live!** | : | |
| **Casino & Hotel Philadelphia** | : | NO. 25-1130 |

## ORDER

**NOW**, this 16th day of December, 2025, upon consideration of the Motion for Late Joinder of Third-Party Defendant of Defendant Stadium Casino RE, LLC d/b/a Live! Casino & Hotel Philadelphia (Doc. No. 41), it is **ORDERED** that the motion is **DENIED.**

_____
TIMOTHY J. SAVAGE, J.